UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   12-11902 |
| F.P.F. Service, Inc. | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| Debtor(s) | ) | |

**Final Order Granting Motion of F.P.F. Service Inc.
To Provide Adequate Protection And
For Authority To Use Cash Collateral**

The matter was heard on the motion (the "Motion") filed by F.P.F. Service, Inc. (the "Debtor"), debtor and debtor-in-possesion in this chapter 11 case, for entry of an order which authorizes the Debtor to provide adequate protection to certain secured creditors and for authorization to use cash collateral (the "Motion") due notice of the interim hearing on the Motion having been sent or transmitted to parties in interest as required by Federal Rule of Bankruptcy Procedure 4001, and the Court, having afforded the parties an opportunity for hearing as was appropriate under the circumstances, and being advised in the premises:

THE COURT FINDS:

A.   On March 28, 2012, the Court entered an order (Doc. 21)(the "Interim Order") which authorized the Debtor to use cash collateral to operate its business and facilitate a reorganization of its affairs under Chapter 11 of the Bankruptcy Code, in the amounts and for the uses stated in the budget attached to the Motion as Exhibit A (the "Budget").

B.   The Debtor's counsel has certified that due notice of the entry of the Interim Order and of the date, place and time of the final hearing on the Motion was transmitted to parties in interest on or before March 29, 2012 (Doc. 22).

C.   The Debtor has asked that the final hearing on the Motion should be continued in order to facilitate an agreed resolution to the Motion among the interested parties.

IT IS ORDERED:

1.   The Debtor is authorized to use cash collateral in accordance with the terms of the Interim Order, as amended, the terms of which are incorporated into this order, including, without limitation, those provisions which granted perfected replacement liens to the Debtor's pre-petition secured creditors, TCF National Bank, N.A. and the State of Illinois, Department of Revenue.

2.   The Motion is set for a status hearing before this Court on September 26, 2012 at 10:00 a.m. in Courtroom 613, 219 S. Dearborn Street, Chicago, IL  60604 without further notice.

Rev: 20120209_bko

Enter:

Dated: 25 JUN 2012

*United States Bankruptcy Judge*

**Prepared by:**

Bruce Dopke
P.O. Box 681246
Schaumburg, IL 60168-1246
Tel: 847-524-4811
Fax: 847-524-4131
email: bruce@dopkelaw.com

Rev: 20120209_bko