IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| F.P.F. SERVICE INC. | § | Case No.: 12-11902 |
| | § | Case No.: 12-30896 |
| Debtor. | § | |
| _____ | § | Jointly Administered |
| | § | |
| IN RE: | § | Hearing: Monday, Sept. 10, 2012 |
| | § | 9:30 a.m. |
| N.C. PROPERTIES LLC, | § | |
| | § | |
| Debtor. | § | Hon. A. Benjamin Goldgar |

**NOTICE OF MOTION AND MOTION
TO SET HEARING AND OBJECTION DATES FOR THE
JOINT PLAN OF LIQUIDATION DATED SEPTEMBER 5, 2012
SUBMITTED BY DEBTORS F.P.F. SERVICE INC. AND N.C. PROPERTIES LLC**

**AND**

**JOINT REQUEST OF THE PLAN PROPONENTS FOR ENTRY OF AN ORDER
THAT THE PLAN PROVIDES ADEQUATE INFORMATION
UNDER 11 U.S.C. §1125(f)**

Please take notice that on Monday, September 10, 2012, at 9:30 a.m., we will appear before the Honorable A. Benjamin Goldgar, Judge of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, at 219 S. Dearborn Street, Courtroom 613, Chicago, IL 60604, or such other judge as may be sitting in Judge Goldgar's place and stead, and then and there present the Motion of F.P.F. Service Inc. and N.C. Properties LLC to set hearing and objection dates for the Joint Plan of Liquidation Dated September 5, 2012 and their Joint Request For Entry of an Order That The Plan Provides Adequate Information Under 11 U.S.C.

§1125(f), a copy of which is attached hereto and is hereby served upon you.

Dated: September 6, 2012     Respectfully submitted:

/s/ Bruce Dopke
Attorney for F.P.F. Service, Inc.

Bruce Dopke
Elaine S Vorberg
Dopke & Vorberg
P.O. Box 681246
Schaumburg, IL 60168-1246
Tel:     847-524-4811
Fax:    847-524-4131
email: bruce@dopkelaw.com

## CERTIFICATE OF SERVICE

I, Bruce Dopke, an attorney, hereby certify that I caused to be served a complete and accurate copy of the attached **Notice of Motion** and the document referred to therein by causing a copy of the same to sent: (a) electronically and through the Court's electronic delivery system, to those persons who are registered to receive electronic service of process in this case as indicated below (or, with their advance permission, by email sent to the address indicated below), or (b) by first class US Mail, sent or initiated before 5:00 p.m. Central Time on the 6th day of September, 2012 to the persons whose names appear on the attached service list.

/s/ Bruce Dopke

Electronic Notice:

**Patrick S Layng**
USTPRegion11.es.ecf@usdoj.gov

Fred R. Harbecke, counsel to TCF National Bank
fredrharbecke@sbcglobal.net

***With courtesy copies sent by email to:***  Fred R. Harbecke, counsel to TCF National Bank fredrharbecke@sbcglobal.net, and to Faith Dolgin, counsel to the State of Illinois, Department of Revenue, Faith.Dolgin@Illinois.gov

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
|     F.P.F. SERVICE INC. | § | Case No.: 12-11902 |
| | § | Case No.: 12-30896 |
|         Debtor. | § | |
| _____ | § | Jointly Administered |
| | § | |
| IN RE: | § | Hearing: Monday, Sept. 10, 2012 |
| | § |         9:30 a.m. |
|     N.C. PROPERTIES LLC, | § | |
| | § | |
|         Debtor. | § | Hon. A. Benjamin Goldgar |

**MOTION TO SET HEARING AND OBJECTION DATES FOR THE
JOINT PLAN OF LIQUIDATION DATED SEPTEMBER 5, 2012
SUBMITTED BY DEBTORS F.P.F. SERVICE INC. AND N.C. PROPERTIES LLC**

**AND**

**JOINT REQUEST OF THE PLAN PROPONENTS FOR ENTRY OF AN ORDER
THAT THE PLAN PROVIDES ADEQUATE INFORMATION
UNDER 11 U.S.C. §1125(f)**

F.P.F SERVICE INC. ("FPF") and N.C. PROPERTIES LLC ("NC"), debtors and debtors-in-possession (collectively, the "Debtors") move for the entry of an order which sets hearing and objection dates relative to the Joint Plan of Liquidation Dated September 5, 2012 which they have filed in this case (the "Plan") and the request, contained in the Plan, for entry of an order that the Plan provides adequate information under 11 U.S.C. §1125(f). In support of this Motion, the Debtor respectfully represents as follows:

1.     FPF filed its voluntary Chapter 11 case in this judicial district and division on March 26, 2012.

2.     NC filed its voluntary chapter 11 petition in this judicial district and division on

August 2, 2012, as case number 12-30896.

    3.    The Court entered orders which provided for the joint administration of the cases filed by FPF and NC on August 13, 2012.

    4.    The Debtors filed the Plan, which is a liquidating Chapter 11 plan, on September 5, 2012 (Doc. 72).

    5.    The bankruptcy cases filed by each of the Debtors are small business cases.

    6.    The Plan contains a request, made jointly by the Debtors pursuant to 11 U.S.C. §1125(f), that the Court determine that the Plan itself provides adequate information and that a separate disclosure statement is not necessary.

    7.    This Court has authority, pursuant to 11 U.S.C. §1126(f)(3), to conditionally approve a disclosure statement subject to final approval after notice and a hearing.

    8.    The Plan provides, among other things, for an auction to be conducted of the Debtors' business, which involves a gas station and convenience market located at 2801 S. Pulaski, Chicago, IL (the "Station"). The Plan, at pp. 2 - 6, provides some factual information for the reasons why the Debtors have chosen to liquidate at this time, the principal ones being declining sales, low gross and net revenue, high leverage and the approaching Fall and Winter seasons, when sales at the Station generally decline. If the Station is sold, pursuant to the contract attached to the Plan as Exhibit C, the Debtors will raise enough money to repay their principal lender, TCF Bank, repay a tax lien of approximately $40,000 held by the State of Illinois, Department of Revenue and pay a projected 19.65% of other priority tax claims. No funds will be available for unsecured creditors. This outcome, which is not a happy one for the Debtors or their owners, is being pursued because the only alternate outcome which the Debtors and their operators perceive, involves foreclosure, the termination of their businesses, and an

even greater disaster than called for by the Plan.

9. The Debtors believe that it is necessary and appropriate to move with some urgency to confirmation, so that a sale of the Station assets can be completed by mid-October 2012.

10. Federal Rule of Bankruptcy Procedure 2002(b) provides for a 28-day notice to parties in interest of the time fixed for filing objections and the hearing to consider approval of a disclosure statement or, under §1125(f), to make a final determination whether the plan provides adequate information so that a separate disclosure statement is not necessary, and for filing objections and the hearing to consider confirmation of a chapter 11 plan.

11. Federal Rule of Bankruptcy Procedure 9006(c) allows the Court, for cause, to shorten the time specified by other rules for taking actions, with some limitations which are inapplicable here.

12. The Station is, in the Debtors' view, a wasting asset, and the Debtors would greatly wish to be able to consummate a sale of the Station as soon as possible. Pursuant to Rule 9006(c), the Debtors would ask the Court to consider shortening the time periods of Rule 2002(b) by seven days, so that parties in interest would receive 21 days' notice of those periods.

13. The Debtors have prepared, and attached hereto as Exhibit A, a proposed form of ballot, and as Exhibit B, a proposed form of notice which they ask that the Court approve.

12. This Motion may be heard by the Court as a core proceeding under 28 U.S.C. §157(b)(2)(A).

WHEREFORE, F.P.F. SERVICE INC. and N.C. PROPERTIES LLC respectfully request that this Court enter an Order which: (a) approves the ballot and notice attached hereto; (b) sets the Debtor's Plan for hearing on confirmation and to approve the adequacy of the Plan to

serve as a disclosure statement on either October 1 or October 8, 2012; and (c) grants to the Debtors such further relief as the Court deems necessary and just.

Dated: September 6, 2012　　　　　　　　　　F.P.F. Service Inc. and NC Properties LLC

　　　　　　　　　　　　　　　　　　　By: /s/ Bruce Dopke
　　　　　　　　　　　　　　　　　　　　　Counsel to the Debtor

　　　　　　　　　　　　　　　　　　　　　Bruce Dopke
　　　　　　　　　　　　　　　　　　　　　Elaine S Vorberg
　　　　　　　　　　　　　　　　　　　　　Dopke & Vorberg
　　　　　　　　　　　　　　　　　　　　　P.O. Box 681246
　　　　　　　　　　　　　　　　　　　　　Schaumburg, IL 60168-1246
　　　　　　　　　　　　　　　　　　　　　Tel:  847-524-4811
　　　　　　　　　　　　　　　　　　　　　Fax:  847-524-4131
　　　　　　　　　　　　　　　　　　　　　email: bruce@dopkelaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| F.P.F. SERVICE INC. | § | Case No.: 12-11902 |
| | § | Case No.: 12-30896 |
| Debtor. | § | |
| | § | Jointly Administered |
| | § | |
| IN RE: | § | |
| | § | |
| N.C. PROPERTIES LLC, | § | |
| | § | |
| Debtor. | § | Hon. A. Benjamin Goldgar |

**CLASS __ BALLOT FOR ACCEPTING OR REJECTING THE
JOINT PLAN OF LIQUIDATION DATED SEPTEMBER 5, 2012
SUBMITTED BY DEBTORS F.P.F. SERVICE INC. AND N.C. PROPERTIES LLC**

F.P.F SERVICE INC. ("FPF") and N.C. PROPERTIES LLC ("NC"), debtors and debtors-in-possession (collectively, the "Debtors") filed their joint plan of liquidation dated September 5, 2012 (the "Plan"). The Court has conditionally approved the Plan as permitted by 11 U.S.C. §1125(f) as containing adequate information to assist you in deciding how to vote your ballot. A copy of the Plan has been sent to you with this Ballot. The Court's actions do not indicate approval of the Plan by the Court. You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim or equity interest has been placed in class __ under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If your ballot is not received by the Clerk of the US Bankruptcy Court, at 219 S. Dearborn Street, Seventh Floor, Chicago, IL 60604 on or before October 1, 2012, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

**ACCEPTANCE OR REJECTION OF THE PLAN**

*Complete the following if you are a secured or unsecured creditor:*

The undersigned, the holder of a Class __ Claim against the Debtor, consisting of _____ Dollars ($_____) principal amount,*

__ **Accepts the Plan  or** __ **Rejects the Plan**

-1-

EXHIBIT A

*For purposes of this ballot, it is not necessary and you should not adjust the principal amount for any accrued or unmatured interest.

* * *

*Complete the following if you are an interest holder (i.e., a stockholder, or the member of a limited liability company or a partner):*

ballot language for interest holders:

    The undersigned, the holder of Class __ equity interest in the Debtor, consisting of __ Shares or other interests of _____ in the Debtor,

    ___ **Accepts the Plan or** ___ **Rejects the Plan**

Dated: _____

Print or type name: _____

Signed by:         _____

Title/Capacity:    _____

Address:           _____

                _____

**RETURN THIS BALLOT ON OR BEFORE OCTOBER 1, 2012 TO:**

UNITED STATES BANKRUPTCY COURT
7th Floor
219 SOUTH DEARBORN STREET
CHICAGO, IL 60604


If you are registered to do so, you may also electronically file this Ballot with the Clerk through the ECF system

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| F.P.F. SERVICE INC. | § | Case No.: 12-11902 |
| | § | Case No.: 12-30896 |
| Debtor. | § | |
| | § | Jointly Administered |
| | § | |
| IN RE: | § | |
| | § | |
| N.C. PROPERTIES LLC, | § | |
| | § | |
| Debtor. | § | Hon. A. Benjamin Goldgar |

**NOTICE OF THE HEARING AND OBJECTION DATES
FOR CONFIRMATION OF THE DEBTORS' JOINT PLAN OF LIQUIDATION
DATED SEPTEMBER 5, 2012, AND DEADLINES TO OBJECT TO CONFIRMATION
OF THE PLAN AND TO THE ENTRY OF AN ORDER WHICH FINDS THAT THE
<u>PLAN CONTAINS ADEQUATE INFORMATION UNDER 11 U.S.C. §1125(F)</u>**

***PLEASE TAKE NOTICE*** that F.P.F SERVICE INC. ("FPF") and N.C. PROPERTIES LLC ("NC"), debtors and debtors-in-possession (collectively, the "Debtors") filed their joint plan of liquidation dated September 5, 2012 (the "Plan").  The Court has conditionally approved the Plan as permitted by 11 U.S.C. §1125(f) as containing adequate information so that a separate Disclosure Statement is unnecessary.  The Plan is on file with the ***Clerk of the US Bankruptcy Court, at 219 S. Dearborn Street, Seventh Floor, Chicago, IL 60604 as Document 72***, and you may review that document at the Clerk's office during the Clerk's business hours. In addition, you may obtain a copy of that document by sending an email containing that request to the Debtors' counsel, Bruce Dopke, at the following email address: bruce@dopkelaw.com or by telephoning him at the phone number which appears below.

-1-

EXHIBIT B

The Court has scheduled a hearing to consider the following matters on Wednesday, October 3, 2012 at 10:00 a.m. in the U.S. Bankruptcy Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Courtroom 613, Chicago, IL 60604:

1. Confirmation of the Plan.

2. The determination that the Plan contains adequate information under 11 U.S.C. §1125(f) such that a separate disclosure statement is unnecessary; and

3. To approve the adequacy of the disclosures made in the Plan.

If you wish to object to any of these actions, you must do so in a writing which is filed with the Clerk of the US Bankruptcy Court, at 219 S. Dearborn Street, 7th Floor, Chicago, IL 60604 on or before 11:59 p.m. Central Time on Monday, October 1, 2012.

Dated: September 10, 2012          F.P.F. Service Inc. and NC Properties LLC


                                   By: /s/ Bruce Dopke
                                       Counsel to the Debtor

                                       Bruce Dopke
                                       Elaine S Vorberg
                                       Dopke & Vorberg
                                       P.O. Box 681246
                                       Schaumburg, IL 60168-1246
                                       Tel:  847-524-4811
                                       Fax:  847-524-4131
                                       email: bruce@dopkelaw.com