IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| F.P.F. SERVICE INC. | § | Case No.: 12-11902 |
| | § | Case No.: 12-30896 |
| Debtor. | § | |
| | § | Jointly Administered |
| | § | |
| IN RE: | § | Hearing: Wednesday, Nov. 21, 2012 |
| | § | 10:00 a.m. |
| N.C. PROPERTIES LLC, | § | |
| | § | |
| Debtor. | § | Hon. A. Benjamin Goldgar |

**NOTICE OF MOTION AND JOINT MOTION
OF DEBTORS F.P.F. SERVICE INC. AND N.C. PROPERTIES LLC
FOR ENTRY OF A FINAL DECREE CLOSING CASES**

Please take notice that on Wednesday, November 21, 2012, at 10:00 a.m. we will appear before the Honorable A. Benjamin Goldgar, Judge of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, at 219 S. Dearborn Street, Courtroom 642, Chicago, IL 60604, or such other judge as may be sitting in Judge Goldgar's place and stead, and then and there present the Motion of F.P.F. Service Inc. and N.C. Properties LLC for entry of a final decree closing cases, a copy of which is attached hereto and is hereby served upon you.

Dated: November 13, 2012    Respectfully submitted:

/s/ Bruce Dopke
Attorney for F.P.F. Service, Inc.

Bruce Dopke
Elaine S Vorberg
Dopke & Vorberg
P.O. Box 681246
Schaumburg, IL 60168-1246
Tel:    847-524-4811
Fax:    847-524-4131
email: bruce@dopkelaw.com

## CERTIFICATE OF SERVICE

I, Bruce Dopke, an attorney, hereby certify that I caused to be served a complete and accurate copy of the attached **Notice of Motion** and the document referred to therein by causing a copy of the same to sent: (a) electronically and through the Court's electronic delivery system, to those persons who are registered to receive electronic service of process in this case as indicated below (or, with their advance permission, by email sent to the address indicated below), or (b) by first class US Mail, sent or initiated before 5:00 p.m. Mountain Time on the 13th day of November, 2012 to the persons whose names appear on the attached service list.

    /s/ Bruce Dopke

Electronic Notice:

**Patrick S Layng**
USTPRegion11.es.ecf@usdoj.gov

Fred R. Harbecke, counsel to TCF National Bank
fredrharbecke@sbcglobal.net

***With courtesy copies sent by email to:*** Fred R. Harbecke, counsel to TCF National Bank fredrharbecke@sbcglobal.net, and to Faith Dolgin, counsel to the State of Illinois, Department of Revenue, Faith.Dolgin@Illinois.gov

Service List
FPF Service Inc/NC Properties LLC
Notice - Final Decree
November 13, 2012

| | | |
|---|---|---|
| Combined Oil Company<br>100 Tri State International, #128<br>Lincolnshire, IL 60069 | Internal Revenue Service<br>230 S. Dearborn Street<br>Room 2600, M/S 5014CHI<br>Chicago, IL 60604 | Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Elliott & Associates<br>1430 Lee Street<br>Des Plaines, IL 60018 | Frederick P. Feliciano<br>Suzan L. Feliciano<br>305 Carriage Hill Road<br>Naperville, IL 60565 | Illinois Department of Revenue<br>9511 W. Harrison Street<br>Des Plaines, IL 60016 |
| Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338 | Illinois Lottery<br>Licensing Unit Manager<br>101 W. Jefferson Street MC 5-940<br>Springfield, IL 62702 | J.F. Service<br>1180 Tall Oak Drive<br>Naperville, IL 60540 |
| Mr. Fred R. Harbecke<br>29 S. LaSalle Street, Suite 945<br>Chicago, IL 60603 | National Republic Bank<br>1201 West Harrison Street<br>Chicago, IL 60607 | Ms. Faith A. Dolgin, Asst. AG<br>Revenue Litigation Bureau<br>100 W. Randolph St., 13th Floor<br>Chicago, IL 60601 |
| Robyn R. Gilliom, Senior Atty.<br>IRS Office of Chief Counsel<br>200 W. Adams Street, Ste. 2300<br>Chicago, IL 60606 | Kathyrn M. Gleason<br>Office of the US Trustee<br>219 S. Dearborn Street, Ste. 873<br>Chicago, IL 60604 | Cook County Treasurer<br>118 N. Clark Street, Room 112<br>Chicago, IL 60602 |
| Patrick Lamb and Monica Forte<br>Crowley & Lamb, P.C.<br>221 N. LaSalle Street, Suite 1550<br>Chicago, IL 60601 | | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| F.P.F. SERVICE INC. | § | Case No.: 12-11902 |
| | § | Case No.: 12-30896 |
| Debtor. | § | |
| | § | Jointly Administered |
| | § | |
| IN RE: | § | Hearing: Wednesday, Nov. 21, 2012 |
| | § | 10:00 a.m. |
| N.C. PROPERTIES LLC, | § | |
| | § | |
| Debtor. | § | Hon. A. Benjamin Goldgar |

**JOINT MOTION OF DEBTORS F.P.F. SERVICE INC. AND N.C. PROPERTIES LLC
FOR ENTRY OF A FINAL DECREE CLOSING CASES**

F.P.F SERVICE INC. ("FPF") and N.C. PROPERTIES LLC ("NC"), debtors and debtors-in-possession (collectively, the "Debtors") move for the entry of a final decree which closes these cases, and in support of that motion, respectfully state as follows.

1. FPF filed its voluntary Chapter 11 case in this judicial district and division on March 26, 2012.

2. NC filed its voluntary chapter 11 petition in this judicial district and division on August 2, 2012, as case number 12-30896.

3. The Court entered orders which provided for the joint administration of the cases filed by FPF and NC on August 13, 2012.

4. The Debtors filed their Amended Joint Plan of Liquidation Dated September 10, 2012 (the "Plan") in these cases.

5. The Court entered an order which confirmed the Plan on October 3, 2012.

6. The Plan provided for the liquidation of the Debtors' property by means of a contract of sale which was attached as Exhibit B to the Plan (the "Contract") and for the payment of creditors in the order of priority.

7. The Contract closed on November 1, 2012 (the "Closing") which was within the time period contemplated by the Plan.

8. Due to a number of factors, the most prominent of which included the continued deterioration of the Debtors' business post-confirmation, and an over-estimation of the amounts which might be recovered from the Illinois Lottery upon the closing of FPF's contract and trust relationship with that entity, the proceeds of the Contract were sufficient to pay the secured claims of Cook County, Illinois (for general taxes accrued and due on the real estate owned by NC from which FPF conducted its business), and portions of the secured claims of TCF National Bank (the "Bank") and the State of Illinois, Department of Revenue, which held a tax lien on the personal property of FPF. No funds remained from the Closing to pay any other undersecured, administrative, priority or unsecured claims, including the administrative claim of the undersigned counsel.

9. Following the Closing, the assets of FPF nor NC were reduced to $260.00 cash. The Debtors have no other funds, or assets known to the undersigned. The remaining $260.00 was paid to secured parties, and none remains.

10. Federal Rule of Bankruptcy Procedure 3022 provides: "After an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case."

11. The Debtors' Plan was a liquidating plan, and it was always possible that the end result of the liquidation would be the significant underpayment or non-payment of claims.

12. As the Debtors have no remaining assets, and the assets of the estate have been fully administered, it is appropriate for the Court to enter a final decree which closes this case.

WHEREFORE, F.P.F. SERVICE INC. and N.C. PROPERTIES LLC respectfully request that this Court enter an Order which: (a) enters a final decree in these cases; and (b) grants to the Debtors such further relief as the Court deems necessary and just.

Dated: November 13, 2012                           F.P.F. Service Inc. and NC Properties LLC


                                        By:/s/ Bruce Dopke
                                           Counsel to the Debtor

                                           Bruce Dopke
                                           Elaine S Vorberg
                                           Dopke & Vorberg
                                           P.O. Box 681246
                                           Schaumburg, IL 60168-1246
                                           Tel: 847-524-4811
                                           Fax: 847-524-4131
                                           email: bruce@dopkelaw.com