UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   12-11902 |
| F.P.F. SERVICE, INC. and N.C. PROPERTIES LLC, | ) ) | (Jointly Administered) |
| | ) | Chapter: 11 |
| | ) ) | Honorable A. Benjamin Goldgar |
| | ) | |
| Debtor(s) | ) | |

## ORDER AND FINAL DECREE

This matter was heard on the joint motion (the "Motion") filed by F.P.F SERVICE INC. ("FPF") and N.C. PROPERTIES LLC ("NC"), (collectively, the "Debtors") for entry of a final decree which closes these cases, and the Court, having considered the record in these cases, the pleadings on file and the statements of counsel in support of their respective positions, and being advised in the premises:

IT IS ORDERED:

1. The Motion is GRANTED.

2. Pursuant to Federal Rule of Bankruptcy Procedure 3022, the Clerk is authorized ~~and directed~~ to close this case.

3. Under the circumstances, further notice to parties in interest of the Motion and the entry of this Order and Final Decree shall not be required.

Enter:

Dated: 2 1 NOV 2012

United States Bankruptcy Judge

**Prepared by:**

Bruce Dopke
Elaine S Vorberg
Dopke & Vorberg
P.O. Box 681246
Schaumburg, IL 60168-1246
Tel: 847-524-4811
Fax: 847-524-4131
email: bruce@dopkelaw.com

Rev: 20120501_bko